UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FREDERICK JEROME YOUNG, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: CR02-5468 L<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on revocation of supervised release was set before the undersigned on April 28, 2005, at 11:00 a.m. The United States was represented by Assistant United States Attorney John Lulejian, and the defendant by Mr. Colin Fieman. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about December 30, 1997, by the Honorable Jack E. Tanner, Tacoma, Washington, on charges of (1) coercion or enticement of a minor female, and (2) concealing and harboring an alien. Defendant was sentenced to 24 months' custody and three years of supervised release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, participating in a mental-health treatment program, financial disclosure, search, and participation in CCC program for 180 days.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

In an application dated September 16, 2004, U.S. Probation Officer Brian L. Johnson alleged the following violations of the conditions of supervised release:

1. Committing the crime of fraud and related activity in connection with identification documents, authentication features, and information on or before May 4, 2004, in violation of the general condition that he not commit another federal, state, or local crime;

2. Associating with Sabrina Garcia, a convicted felon, without permission of the probation officer in violation of standard condition No. 9;

3. Associating with person(s) involved in prostitution in violation of the special condition that the defendant shall have no acclimation with persons involved in or convicted of prostitution;

4. Leaving the Western District of Washington on or about January 27, 2004, without the permission of the Court or probation officer, in violation of standard condition No. 1; and

5. Committing the crimes of unlawful possession and transfer of a firearm, on or about January 26, 2004, and March 22, 2004, in violation of a general condition of supervised release.

In a subsequent application dated March 14, 2005, U.S. Probation Officer Brian L. Johnson alleged the following violations of the conditions of supervised release, to be incorporated in future proceedings relating to the violations previously reported to the Court on September 20, 2004:

6. Committing the crime of fraud and related activity in connection with identification documents, authentication features and information on or before May 4, 2004, in violation of the general condition that he not commit another federal, state, or local crime;

7. Associating with Sabrina Garcia, a convicted felon, without the permission of the probation officer in violation of standard condition No. 9; and

8. Associating with person(s) involved in prostitution in violation of the special condition that the defendant shall have no acclimation with persons involved in or convicted of prostitution.

01   Defendant was advised in full as to those charges and as to his constitutional rights.

02   Defendant admitted violations 1 through 4 and waived any evidentiary hearing as to
03   whether they occurred. The government dismissed alleged violations 5 through 8.

04   I therefore recommend the Court find defendant violated his supervised release as alleged
05   and that the Court conduct a hearing limited to the issue of disposition relating to violations 1
06   through 4. The next hearing will be set before Chief Judge Robert S. Lasnik, on May 13, 2005,
07   at 9:30 a.m. Pending a final determination by the Court, defendant has been detained.

08   DATED this 29th day of April 2005.

11   s/ JAMES P. DONOHUE
     United States Magistrate Judge

15   cc:   District Judge:          Chief Judge Robert S. Lasnik
           AUSA:                    Mr. John Lulejian
16         Defendant's attorney:    Mr. Colin Fieman
           Probation officer:       Mr. Brian L. Johnson